JOSEPH W. JACOBS, Appellant, *v.* HENRY B. SIRE,
Respondent.

*Jacobs* v. *Sire*, 141 App. Div. 928, affirmed.
(Argued May 23, 1912; decided June 11, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover dam-

ages alleged to have been sustained by plaintiff through the false representations of the defendant.

*Max D. Steuer, William Klein* and *Gerald B. Rosenheim* for appellant.

*Franklin Bien* and *William L. Stone* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.    Absent: VANN, J.